AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>JOSE AGUILAR-ZUNIGA<br>and<br>CRISTIAN GONZALEZ-GALEAS<br><br>*Defendant(s)* | Case No. 3:24-mj-00214 |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 2, 2024 in the county of Multnomah in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846 | (1) Conspiracy to Distribute and Possess with Intent to Distribute 40 grams or more of Mixture and Substance containing Fentanyl, a Schedule II controlled substance;<br>(2) Possession with Intent to Distribute 40 grams or more of a Mixture and Substance containing Fentanyl, a Schedule II controlled substance; |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Bobby Gutierrez.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Bobby Gutierrez, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 7:12 a.m./p.m.

Date: 10/03/2024

*Judge's signature*

City and state: Portland, Oregon    Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*